THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CORNELIUS MARTIN, JR.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-327 (CAR) |
| **HILTON HALL, TIM JONES, and JAMES E. DONALD,** | : | |
| Defendants. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Tab 12] that Plaintiff's claims against Defendant Warden Tim Jones be dismissed without prejudice. No Objection was filed, and having considered the matter this Court agrees with the findings and conclusions of the United States Magistrate Judge. It appears that Plaintiff's claims against Defendant Jones are not sufficiently related to his claims against the other Defendants to be joined with them in a single lawsuit. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's claims against Warden Tim Jones are hereby **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED, this 15th day of April, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw