THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CORNELIUS MARTIN, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action |
| : | No. 5:08-cv-327 (CAR) |
| HILTON HALL and : | |
| JAMES E. DONALD, : | |
| : | |
| Defendants : | |
| : | |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is before the Court on the Recommendation of the United States Magistrate Judge, who recommends that Defendants' Motion to Dismiss be granted. Plaintiff has not entered any objection to the Recommendation. Upon review of the Complaint and the arguments of the parties, the Court agrees with the findings of the Magistrate Judge. The Recommendation (Doc. 30) is therefore **ADOPTED AND MADE THE ORDER OF THE COURT** and Defendants' Motion to Dismiss (Doc. 18) is **GRANTED**. For the reasons set forth in the Recommendation, Plaintiff's Complaint is hereby **DISMISSED** without prejudice and his *in forma pauperis* status is revoked. If Plaintiff wishes to proceed with his claims, he must submit a new complaint along with the full filing fee.

It is SO ORDERED this 20th day of August, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw